# EXHIBIT A

If you are visiting a field office and need directions, including public transportation directions, please see www.uscis.gov/fieldoffices for more information.

## Notice for Customers with Disabilities

USCIS is committed to providing customers with disabilities the same level of access to its programs and activities that customers without disabilities have (see the USCIS Web site for an explanation and examples of accommodations). If you need an accommodation for your appointment due to a disability that affects your access to a USCIS program or activity OR if a disability prevents you from going to the designated USCIS location for your appointment, please call the National Customer Service Center (NCSC) at 1-800-375-5283 (TTY: 1-800-767-1833) to request an accommodation.

**Call the NCSC even if you indicated on your application or petition that you require an accommodation. Also, you must contact the NCSC to request an accommodation each time you have an appointment with USCIS.** For example, you must call the NCSC to request an accommodation for your biometrics appointment and again for an accommodation for your interview appointment.

NOTICE: All domestic USCIS offices are accessible to individuals with physical disabilities. You do not need to request an accommodation if your ONLY need is an accommodation that would enable or facilitate you having physical access to a domestic USCIS office.

NOTE: Naturalization applicants should **not** call the NCSC to request an exception from the English and/or civics testing requirement. You **must** submit Form N-648, Medical Certification for Disability Exceptions to request an exception. See the form instructions for additional information.

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt | | | NOTICE DATE |
|---|---|---|---|
| | | | April 12, 2016 |
| CASE TYPE | | | USCIS A# |
| N-400, Application for Naturalization | | | A099592561 |
| RECEIPT NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| NBC*006763736 | April 08, 2016 | April 08, 2016 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

JEAN PAUL TURAYISHIMYE
79 WILDFLOWER ROAD
LEOMINSTER, MA 01453

15   00002226

PAYMENT INFORMATION:

Single Application Fee: $680.00

Total Balance Due: $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:        August 06, 1971
Address Where You Live: 79 WILDFLOWER ROAD
                        LEOMINSTER, MA  01453

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

Upon receipt of all required Record Checks, you will be scheduled to appear for an interview at your local USCIS field office.

For more information about the naturalization process and eligibility requirements, please read *A Guide to Naturalization* (M-476). USCIS also has a free booklet to help study for the naturalization test. Ask about *Learn About the United States: Quick Civics Lessons* when you go to have your fingerprints taken at the Application Support Center.

You can get a copy of the Guide, the Quick Civics Lessons booklet, and other civics and citizenship study materials from the USCIS website (www.uscis.gov). You can also visit the USCIS website to find valuable information about forms and filing instructions, and about general immigration services and benefits.

If you have additional questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS National Benefits Center
P. O. Box 648005
Lee's Summit, MO  64002
Attention:  N-400 Naturalization Applications
NBC$006763736

**USCIS Customer Service Number:**

(800)375-5283
APPLICANT COPY


