# EXHIBIT B



# Naturalization Interview Results

### Department of Homeland Security
U.S Citizenship and Immigration Services

**USCIS**
**Form N-652**

---

**A-Number:**  A099592561

On ___August 2, 2017___ , you were interviewed by USCIS officer    Belanger

_____ You passed the tests of English and U.S. history and government.

_____ You passed the tests of U.S. history and government and you are exempt from the English language requirement.

_____ USCIS granted your request for a Disability Exception. The requirement to demonstrate English language ability and/or knowledge of U.S history and government is waived.

_____ You will have another opportunity to be tested on your ability to __ speak/ __read/ __ write/ __ understand English.

_____ You will have another opportunity to be tested on your knowledge of U.S. history and government.

_____ Follow the instructions on Form N-14.

__✓__ USCIS will send you a written decision about your application.

_____ You did not pass the second and final test of your __ English ability/ __ knowledge of U.S. history and government. USCIS will not reschedule you for another interview for this Form N-400. USCIS will send you a written decision about your application.

**A)** _____ **Congratulations! Your application is recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** _____ **A decision cannot yet be made about your application.**

**It is very important that you:**

1. Notify USCIS if you change your address.

2. Attend any scheduled interview

3. Submit all requested documents.

4. Send any questions about your application in writing to the officer named above. Include your full legal name, Alien Registration Number (A-Number), and a copy of your Form N-652.

5. Attend your scheduled Oath Ceremony. Dress in proper attire to respect the dignity of this event (for example, do not wear jeans, shorts or flip flops).

6. Notify USCIS as soon as possible in writing if you cannot attend your scheduled interview or Oath Ceremony. Include a copy of the scheduling notice.

**NOTE:** Be advised that under section 336 of the Immigration and Nationality Act (INA), you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.