# EXHIBIT C

 **U.S. DEPARTMENT OF HOMELAND SECURITY**
U.S. Citizenship and Immigration Service
2 Mill Street
Lawrence, Massachusetts 01840

Jean Paul Turayishimye
79 Wildflower Road
Leominster, MA 01453



File Number: A099-592-561
Date: 10/13/2017

NBC*00 6763736

Please come to the shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | Lawrence Field Office                Main Lobby<br>2 Mill Street<br>Lawrence, Massachusetts 01840 |
|---|---|
| DATE AND HOUR | Date: November 1, 2017<br><br>Time: 1:15 PM |
| ASK FOR | Officer Belanger |
| REASON FOR APPOINTMENT | N-400 Application |
| **BRING WITH YOU** | Documents pertaining to the establishment/founding of the Rwandan National Committee (RNC), including documentation that explains who the founders of the RNC were and where the RNC was founded. Documentation of the RNC's last five meeting dates, places, and length of the meetings.<br><br>Detailed notarized list of where you were involved, what your positions were, the dates those positions were held, when you were involved, and the dates you were involved in the following: RNC, RPC/RPA, National Security Services, and the National Gendarmerie.<br><br>All passports (past and current) including any passports used to enter the U.S. originally. |

Very truly yours,

*Kristen Smith*

Kristen Smith
Field Office Director

Form G-56
(Rev. 5-1-83) Y